**U.S. Department of Justice**

_United States Attorney_
_Eastern District of New York_

WK
F.#2009R00195

_271 Cadman Plaza East_
_Brooklyn, New York  11201_

July 26, 2011

**BY ECF & INTEROFFICE MAIL**

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: United States v. William Scotto
      Criminal Docket No. 11-0003 (DLI)

Dear Judge Irizarry:

    At the July 22, 2011 bail hearing in this matter, the Court directed that the defendant file, by today's date, the confessions of judgment associated with his bail bond, and further directed the government to inform the Court upon the filing of the same.  The government respectfully submits this letter to inform the Court of the filing of these confessions of judgment on this date.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

      By:    /s/
        Whitman G.S. Knapp
        Assistant U.S. Attorney
        (718) 254-6107

c.c.: Seth Ginsberg, Esq. (attorney for William Scotto)
   Clerk of the Court (DLI)
   (By ECF)