

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 16, 2011

**BY ECF & INTEROFFICE MAIL**

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:  United States v. William Scotto
             Criminal Docket No. 11-0003 (DLI)

Dear Judge Irizarry:

     The government submits this letter in response to the defendant's November 16, 2011 application that his bail conditions be modified to allow him, upon notice to Pretrial Services, (1) to attend a Local 14-14B machinery recertification appointment on Sunday, November 20, 2011 and (2) thereafter to appear at the Local 14-14B union hall to obtain work assignments and to work when placed at a job site.

     Scotto accurately represents that the government does not oppose his application.  He also accurately recites the conditions that the government respectfully requests the Court impose if it grants the defendant's application.  The government wishes to make one correction, however.  In his letter, Scotto "apologize[s] for the short notice" upon which he submits his request in light of the imminent recertification appointment, but states that "it took nearly two weeks for the parties to reach consensus with respect to the issues raised in [Scotto's] request."  It was not until yesterday (Tuesday, November 15, 2011) that the government was informed of Scotto's request to attend the recertification appointment this weekend.[1]  The government responded to the request yesterday.  Accordingly, the

---

[1] The government was notified of the other aspect of Scotto's request – that he be permitted to appear at the Local 14-14B union hall to obtain work assignments, and to work when placed at a job site – on Friday, November 4, 2011.

time it took for the government to respond to the defendant's request is not a factor in the short notice upon which Scotto makes this application to the Court.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                         By:        /s/
                                      Whitman G.S. Knapp
                                      Assistant U.S. Attorney
                                      (718) 254-6107

c.c.: Seth Ginsberg, Esq. (attorney for William Scotto)
      Clerk of the Court (DLI)
      (By ECF)