# SETH GINSBERG
ATTORNEY AT LAW

November 16, 2011

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

    With the consent of the government and Pretrial Services, William Scotto requests that the Court modify his bail conditions to allow him to spend Thanksgiving in Manhattan at the home of his sister-in-law, Patricia DeFillippo. The specifics regarding the time and location will be provided to Pretrial Services should your Honor grant this request.

Respectfully,

Seth Ginsberg

cc:    AUSA Whitman Knapp (via ECF)
        Pretrial Services (via email)