# SETH GINSBERG
### ATTORNEY AT LAW

December 19, 2011

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

With the consent of the government and Pretrial Services, William Scotto requests that the Court modify his bail conditions to allow him to spend the Christmas holiday as set forth below with additional details regarding arrival and departure times to be provided to Pretrial Services:

**December 24**:
Dinner at Maria Gavaris's Home (Sister)
189 Forrest Green
Staten Island, NY 10312

Midnight Mass

**December 25**:
Brunch at Patrick DeFillipo's Home (brother-in-law)
159-20 82st
Howard Beach, NY 11414

Dinner and overnight stay at Barbara Barzilay's Home (sister-in-law)
2526 Navy Place
Bellmore, NY 11710
516-809-7646

Thank you in advance for your consideration of this request.

Respectfully,

Seth Ginsberg

cc:  AUSA Whitman Knapp (via ECF)
     Pretrial Services (via email)