SETH GINSBERG
ATTORNEY AT LAW

December 20, 2011

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

      With the consent of the government and Pretrial Services, we request that the Court modify Mr. Scotto's bail conditions to allow him to celebrate New Year's Day with his family at the New China Star Restaurant located at 2212 Flatbush Avenue, Brooklyn, NY 11234, with additional details to be provided to Pretrial Services.

Respectfully,

Seth Ginsberg

cc:    AUSA Whitman Knapp (via ECF)
        Pretrial Services (via email)