SETH GINSBERG
ATTORNEY AT LAW

February 15, 2012

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

      With the consent of the government and Pretrial Services, William Scotto requests that the Court modify his bail conditions to allow him to spend the upcoming weekend, Saturday, February 18 through Sunday, February 19, at the home of his sister-in-law, Kristen Iaria, in Bellmore, New York. The proposed modification will enable Mr. Scotto to participate in a family birthday celebration. The address of Ms. Iaria's home and other pertinent details have been provided to the government and Pretrial Services.

      Thank you in advance for your consideration of this request.

Respectfully,

Seth Ginsberg

cc:    AUSA Whitman Knapp (via ECF)
       Pretrial Services (via email)