# SETH GINSBERG
### ATTORNEY AT LAW

March 1, 2012

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

     Mr. Scotto is currently free on bail subject to home confinement with electronic monitoring and GPS monitoring. He is presently permitted to leave his home, upon notice to Pretrial Services, to go to work, to meet with lawyers, and to attend doctors' appointments and religious services. To date, Mr. Scotto's compliance with his bail conditions has been exemplary.

     As the Court may recall, on a number of occasions, we have sought permission to modify Mr. Scotto's bail conditions to allow him to attend family dinners and to attend other family gatherings—both in restaurants and at the homes of family members. In each instance, the Court has granted approval on consent and no issues have arisen on any of those occasions.

     With the consent of the government and Pretrial Services, we now seek to modify Mr. Scotto's bail conditions to permit him, upon notice to Pretrial Services, to leave his home to spend time with family members. In each instance, Mr. Scotto will advise Pretrial Services of the location to which he will be going, the time during which he wishes to be out of his home, and the family members with whom he will be spending time while away from his residence.

     In addition, we also seek permission for Mr. Scotto to leave his home, on notice to Pretrial Services, to get a haircut and to attend to other personal grooming needs. In such cases, Mr. Scotto will similarly inform Pretrial Services of the locations to which he wishes to go and the time during which he would like to be away from his home.

     The requested modifications will enable the government to continue to monitor Mr. Scotto (particularly in light of the GPS monitoring to which he is subject) while simultaneously facilitating Mr. Scotto's desire to spend some quality time with his family prior to sentencing—without burdening the Court with individual requests.

Honorable Dora L. Irizarry
March 1, 2012
Page 2 of 2

      We thank the Court in advance for its consideration of these requests.

Respectfully,

*/s/ Seth Ginsberg*

Seth Ginsberg

cc:    AUSA Whitman Knapp (via ECF)
        Pretrial Services (via email)