# SETH GINSBERG
ATTORNEY AT LAW

May 7, 2012

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Scotto, et al.*, **11-cr-03 (DLI)**

Dear Judge Irizarry:

     Mr. Scotto is currently free on bail subject to home confinement with electronic and GPS monitoring. The Court previously granted Mr. Scotto permission to leave his home to spend time with family members upon notice to Pretrial Services. Pursuant to the Court's grant of permission, Mr. Scotto recently sought approval from Pretrial Services to stay overnight at the home of one his family members. Neither the government nor Pretrial Services has any objection to Mr. Scotto sleeping at the homes of his family members but they were not certain that the Court's prior order provided authority to grant the request. With the consent of the government and Pretrial Services, we, therefore, respectfully request that the Court modify Mr. Scotto's bail conditions to allow him, upon notice to Pretrial Services, to sleep at the home of a family member.

     We thank the Court in advance for its consideration of this request.

Respectfully,

Seth Ginsberg

cc:    AUSA Whitman Knapp (via ECF)
         Pretrial Services (via email)