UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

DATE: July 17, 2012

TO: Honorable Dora Irizarry
United States District Judge

RE: William Scotto
Docket No.: 11CR03-08

Request for Modification of Release Conditions

---

The above-referenced defendant entered a guilty plea before Your Honor on February 28, 2012 and is awaiting sentencing. One of his release conditions is home detention with GPS monitoring. On March 5, 2012, Your Honor modified that condition to allow the defendant time out "upon notice to Pretrial Services, to leave his home to spend time with family members." Since that date, Pretrial Services has received numerous requests from the defendant that have moved beyond the scope of what we believe to be Your Honor's intentions with respect to the March 5th order. Therefore, we are now seeking a modification of the home detention with GPS monitoring condition. Specifically, Pretrial Services is respectfully requesting that the defendant be permitted time out for the following activities, all with pre-approval from Pretrial Services: work, church, court appearances, attorney visits, medical visits, and other activities as approved by Pretrial Services.

AUSA Whitman Knapp and defense counsel Seth Ginsberg were both made aware of this memorandum. Should Your Honor grant this request, an order is attached for your convenience. If Your Honor has any questions or concerns, please do not hesitate to contact Officer Michael Ilaria at (718) 613-2378.

Prepared by: _____        Approved by: _____
               Michael Ilaria                                 Ignace Sanon-Jules
          U.S. Pretrial Services Officer              Supervising Pretrial Services Officer

Attachment

                     **RE:**    William Scotto
                   **Docket No.:**  11CR03-08

IT IS THE ORDER OF THE COURT THAT:

☐    The defendant's conditions of release be modified to allow the defendant time out for the following activities, all with pre-approval from Pretrial Services: work, church, court appearances, attorney visits, medical visits, and other activities as approved by Pretrial Services.

☐    No action with regard to the defendant's condition of release is to take place at this time.

☐    Other: _____
_____
_____

SO ORDERED,

_____                            _____
Honorable Dora Irizarry                                           Date
U.S. District Judge

cc:    Whitman Knapp, AUSA
       Seth Ginsberg, Defense Counsel
       Robert Anton, U.S. Probation Officer