

...ed
in ...mbers of:
U.S. District Judge
DORA L. IRIZARRY

JUL 1 7 2012

# UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

## MEMORANDUM

...s of:
...ict Judge
...AA L. IRIZARRY

JUL 1 7 2012

**DATE:**     July 17, 2012

**TO:**      Honorable Dora Irizarry
            United States District Judge

**RE:**      William Scotto
            Docket No.: 11CR03-08

            Request for Modification of Release Conditions

The above-referenced defendant entered a guilty plea before Your Honor on February 28, 2012 and is awaiting sentencing. One of his release conditions is home detention with GPS monitoring. On March 5, 2012, Your Honor modified that condition to allow the defendant time out "upon notice to Pretrial Services, to leave his home to spend time with family members." Since that date, Pretrial Services has received numerous requests from the defendant that have moved beyond the scope of what we believe to be Your Honor's intentions with respect to the March 5th order. Therefore, we are now seeking a modification of the home detention with GPS monitoring condition. Specifically, Pretrial Services is respectfully requesting that the defendant be permitted time out for the following activities, all with pre-approval from Pretrial Services: work, church, court appearances, attorney visits, medical visits, and other activities as approved by Pretrial Services.

AUSA Whitman Knapp and defense counsel Seth Ginsberg were both made aware of this memorandum. Should Your Honor grant this request, an order is attached for your convenience. If Your Honor has any questions or concerns, please do not hesitate to contact Officer Michael Ilaria at (718) 613-2378.

Prepared by: _____        Approved by: _____
            Michael Ilaria                                 Ignace Sanon-Jules
        U.S. Pretrial Services Officer                Supervising Pretrial Services Officer

Attachment

RE:   William Scotto
Docket No.:   11CR03-08

Received
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

JUL 1 7 2012

IT IS THE ORDER OF THE COURT THAT:

☑   The defendant's conditions of release be modified to allow the
defendant time out for the following activities, all with pre-approval
from Pretrial Services: work, church, court appearances, attorney visits,
medical visits, and other activities as approved by Pretrial Services.

☐   No action with regard to the defendant's condition of release is to take
place at this time.

☑   Other:   A status conference is set for
July 26, 2012 at 3:00 Pm. The government
shall respond to this memo and
defense counsel's letter by July 23, 2012.

SO ORDERED,

S/ Dora L. Irizarry

_____          July 19, 2012
Honorable Dora Irizarry                              _____
U.S. District Judge                                            Date

cc:   Whitman Knapp, AUSA
Seth Ginsberg, Defense Counsel
Robert Anton, U.S. Probation Officer